ACCEPTED
01-15-00435-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/17/2015 11:31:09 AM
CHRISTOPHER PRINE
CLERK

**Cause No. 01-15-00435-CV**

**In the First Court of Appeals**

**Houston, Texas**

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/17/2015 11:31:09 AM
CHRISTOPHER A. PRINE
Clerk

**Irving Drobny, as the Representative of NAIU and NAIC,**
**Appellant**

**v.**

**American National Insurance Company,**
**Appellee**

_____

**From the 405th Judicial District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CV-1131**

_____

**UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO FILE APPELLEE'S BRIEF**

_____

**Janet L. Rushing**
**GREER, HERZ & ADAMS, L.L.P.**
**2525 South Shore Blvd., Ste. 203**
**League City, Texas 77573**
**(409) 797-3200 (Telephone)**
**(866) 422-4406 (Facsimile)**
**jrushing@greerherz.com**

Cause No. 01-15-00435-CV

In the First Court of Appeals

Houston, Texas
_____

Irving Drobny, as the Representative of NAIU and NAIC,
Appellant

v.

American National Insurance Company,
Appellee
_____

From the 405th Judicial District Court
Galveston County, Texas
Trial Court Cause No. 12-CV-1131

---

UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLEE'S BRIEF

---

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee American National Insurance Company files this unopposed motion asking for an extension of time in which to file its brief. This suit is before the Court on interlocutory appeal from the trial court's denial of a motion to vacate an arbitration award.

1

Appellant's brief was filed on August 20, 2015. Appellee's brief is currently due on September 21, 2015. This motion is therefore timely filed. Appellee has not previously requested an extension of time in this appeal. Appellee respectfully requests a twenty five-day extension of time in which to file its brief. If the Court grants this request, Appellee's brief would due on October 16, 2015. As noted in the certificate of conference, below, counsel for Appellant is unopposed to this request.

Good cause exists for this request. During the time in which Appellee's brief came due, the below-signed counsel has been engaged in discovery matters involving significant discovery requests in a case pending in the Superior Court for the State of California, County of Sacramento and in interviewing witnesses and preparing a position statement for the EEOC. The undersigned has also been, or will be, out of office to attend to an ill family member and out of the state to interview witnesses in a potential lawsuit against a client, for a funeral, and for a CLE event scheduled before the due date for this brief was established.

This extension of time is not sought for delay, but is brought solely so that justice may be done.

Appellee respectfully prays the Court grant this unopposed Motion, and order that its brief be due on October 16, 2015. Appellee further requests all other relief to which it is entitled, whether at equity or law.

Respectfully submitted,

GREER, HERZ & ADAMS, L.L.P.

/s/ Janet L. Rushing
Janet L. Rushing
State Bar No. 17403100
Roni S. Mihaly
State Bar No. 24027899
2525 South Shore Blvd., Ste. 203
League City, Texas 77573
(409) 797-3200 (Telephone)
(281) 538-3791 (Facsimile)
jrushing@greerherz.com
rmihaly@greerherz.com

## CERTIFICATE OF CONFERENCE

I hereby certify I have conferred with counsel for Appellant and that counsel for Appellant is UNOPPOSED to this motion.

/s/ Roni S. Mihaly
Roni S. Mihaly

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the <u>17th</u> day of <u>September, 2015</u>, a copy of the foregoing document was served pursuant to Texas Rule of Appellate Procedure 9.5 upon the following counsel of record:

Ms. Savannah Robinson           CMRRR 7013 2250 0000 5664 4074
Law Office of Savannah Robinson
1822 Main St.
Danbury, Tx  77534

<u>/s/ Roni S. Mihaly</u>
Roni S. Mihaly